GEORGE J. McCUTCHEON, PLAINTIFF-PETITIONER, v. STATE BUILDING AUTHORITY, ET ALS., DEFEND-ANTS-RESPONDENTS.

See same case below: 25 *N. J. Super.* 171.

*Mr. Walter H. Jones* for the petitioner.

March 30, 1953.   Granted.

WALTER R. GOTTSCHALK, PLAINTIFF-PETITIONER, v. NEW JERSEY STATE PATROLMEN'S BENEVOLENT ASSOCIATION, INC., DEFENDANT-RESPONDENT.

*Mr. Walter R. Gottschalk, pro se.*

*Mr. Reynier J. Wortendyke, Jr.,* for the respondent.

March 30, 1953.   Denied.